Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone:  (626) 685-9800
Facsimile:  (626) 685-9808
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06-3332<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| WILLIAM KAMMERER, KERRY TORGERSON, and JAMES IRWIN,<br><br>                          Plaintiffs,<br>     vs.<br>Pfizer, Inc., et al.<br>                          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JAMES IRWIN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009          By: _____
                                 Hector G. Gancedo

Attorneys for Plaintiff, James Irwin

-1-

DATED: June 2, 2009        By: /s/ [signature]

                DLA PIPER LLP (US)
                1251 Avenue of the Americas
                New York, NY 10020
                Telephone: (212) 335-4500
                Facsimile: (212) 335-4501
                *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009        _____
                Hon. Charles R. Breyer
                United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]