Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone:  (626) 685-9800
Facsimile:  (626) 685-9808
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06-3332<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| WILLIAM KAMMERER, KERRY TORGERSON, and JAMES IRWIN,<br><br>    Plaintiffs,<br>vs.<br><br>Pfizer, Inc., et al.<br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, KERRY TORGERSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009        By: _____
                                  Hector G. Gancedo

Attorneys for Plaintiff, Kerry Torgerson

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | DATED: June 2, 2009     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009         _____
Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*